U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 4 2018

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANGIE ROBICHAUX PREVOST | CIVIL ACTION NO. 6:17-cv-01364 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Signed at Alexandria, Louisiana, this 24th day of July, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE